15-2466, 2586, 1621Route22West, LLC et al, NLRB 160E 15-2466, 250E